■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY NIEVES, Appellant. [678 NYS2d 497] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered on or about October 10, 1996, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Milonas, J. P., Rosenberger, Ellerin and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSS A. GANGI, JR., Appellant. [679 NYS2d 290] —Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered February 5, 1997, convicting defendant, upon his plea of guilty, of offering a false instrument for filing in the first degree, and sentencing him to a conditional discharge, unanimously affirmed.

Review of each of defendant's claims, all of which are fact-related challenges to the indictment, is foreclosed by his guilty plea (*People v Taylor*, 65 NY2d 1; *People v Thomas*, 53 NY2d 338). Concur—Milonas, J. P., Rosenberger, Ellerin and Rubin, JJ.

■ In the Matter of RICHARD SCHRADER et al., Appellants, v CARLOS CUEVAS, as City Clerk of the City of New York, Respondent. [679 NYS2d 290] —Judgment, Supreme Court, New York County (Phyllis Gangel-Jacob, J.), entered on or about October 9, 1998, unanimously affirmed for the reasons stated by Gangel-Jacob, J., without costs or disbursements. No opinion. Concur—Rosenberger, J. P., Nardelli, Mazzarelli, Andrias and Saxe, JJ. [*See,* 179 Misc 2d 11.]